Garrett S. Garfield, OSB No. 093634
garrett.garfield@hklaw.com
Paul Matthias-Bennetch, OSB No. 222560
paul.bennetch@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Ave., Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for defendant Continental Tire the Americas, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL TIRE THE AMERICAS, LLC,<br><br>Defendant. | Case No. 6:25-cv-02052-AA<br><br>**DEFENDANT CONTINENTAL TIRE THE AMERICAS, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

**CERTIFICATE OF COMPLIANCE WITH LR 7-1**

Counsel for defendant Continental Tire the Americas, LLC ("Continental Tire") certifies that they conferred with counsel for plaintiff Chet Wilson by email regarding the extension of time requested in this motion, and that plaintiff agrees to the extension.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Continental Tire moves this Court for an order extending the time to respond to plaintiff's complaint (ECF No. 1) from December 3, 2025 to January 7, 2026.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed his complaint in this matter on November 5, 2025 (ECF No. 1), and served process on Continental Tire on November 12, 2025. Continental Tire's current deadline to respond to the complaint is therefore December 3, 2025. *See* Fed. R. Civ. P. 12(a).

This is Continental Tire's first request for an extension of time in this matter. Good cause exists to grant the extension because Continental Tire only recently retained the undersigned counsel to represent it in this dispute, and counsel needs additional time to review the allegations, investigate the facts, and plan Continental Tire's response, particularly given the upcoming holiday season and time out of the office. Good case further exists based on plaintiff's agreement to the requested extension. The requested extension may also allow the parties to informally exchange certain information and discuss any potential early resolution to this dispute without further use of judicial resources.

This motion is made in good faith and not for the purpose of delay. No trial date is currently set, and Continental Tire's requested extension will not contravene or affect any other current matter deadlines.

By filing this motion, Continental Tire does not waive, but expressly preserves, all defenses and objections it may have in this action, including but not limited to the defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

## CONCLUSION

For the reasons above, defendants respectfully request an extension of the deadline to respond to plaintiff's complaint, through and including January 7, 2026.

///

///

///

///

Dated this 25th day of November 2025.

          HOLLAND & KNIGHT LLP

          By: *s/Garrett S. Garfield*
              Garrett S. Garfield, OSB No. 093634
              garrett.garfield@hklaw.com
              Paul Matthias-Bennetch, OSB No. 222560
              601 SW 2nd Ave., Ste. 1800
              Portland, OR 97204
              Telephone: 503.243.2300
              Fax: 503.241.8014

          *Attorneys for defendant Continental Tire the Americas, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT to be served on the following named person(s) on the date indicated below by CM/ECF electronically mailed notice from the Court on the date set forth below:

    Andrew Roman Perrong
    Email: a@perronglaw.com
    Perrong Law LLC
    2657 Mount Carmel Avenue
    Glenside, PA 19038

    *Attorneys for Plaintiff*

DATED November 25, 2025.

                                                            *s/Garrett S. Garfield*
                                                           Garrett S. Garfield