Garrett S. Garfield, OSB No. 093634
garrett.garfield@hklaw.com
Paul Matthias-Bennetch, OSB No. 222560
paul.bennetch@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Ave., Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for defendant Continental Tire the Americas, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL TIRE THE AMERICAS, LLC,<br><br>Defendant. | Case No. 6:25-cv-02052-AA<br><br>**DEFENDANT CONTINENTAL TIRE THE AMERICAS, LLC'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Continental Tire the Americas, LLC ("Continental Tire") makes the following disclosures:

No publicly held corporation owns 10% or more of Continental Tire's stock.

Continental Tire is a wholly-owned subsidiary of Continental Tire Holding US, LLC, which is a wholly-owned subsidiary of Continental Global Holding Netherlands B.V., which is wholly-owned by CGH Holding B.V., which is wholly owned by CAS-One Holdinggesellschaft mbH, which is wholly-owned by Continental Caoutchouc Export-GmbH, which is wholly owned by Continental Aktiengesellschaft, a German public corporation.

Dated this 25th day of November 2025.

        HOLLAND & KNIGHT LLP

        By: *s/Garrett S. Garfield*
            Garrett S. Garfield, OSB No. 093634
            garrett.garfield@hklaw.com
            Paul Matthias-Bennetch, OSB No. 222560
            601 SW 2nd Ave., Ste. 1800
            Portland, OR 97204
            Telephone: 503.243.2300
            Fax: 503.241.8014

        *Attorneys for defendant Continental Tire the Americas, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing CONTINENTAL TIRE THE AMERICAS, LLC'S CORPORATE DISCLOSURE STATEMENT to be served on the following named person(s) on the date indicated below by CM/ECF electronically mailed notice from the Court on the date set forth below:

Andrew Roman Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

*Attorneys for Plaintiff*

DATED November 25, 2025.

                                                             *s/Garrett S. Garfield*
                                                             Garrett S. Garfield