Garrett S. Garfield, OSB No. 093634
garrett.garfield@hklaw.com
Paul Matthias-Bennetch, OSB No. 222560
paul.bennetch@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Ave., Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for defendant Continental Tire the Americas, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL TIRE THE AMERICAS, LLC,<br><br>Defendant. | Case No. 6:25-cv-02052-AA<br><br>**DEFENDANT CONTINENTAL TIRE THE AMERICAS, LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

**CERTIFICATE OF COMPLIANCE WITH LR 7-1**

Counsel for defendant Continental Tire the Americas, LLC ("Continental Tire") certifies that they conferred with counsel for plaintiff Chet Wilson by email regarding the extension of time requested in this motion, and that plaintiff agrees to the extension.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Continental Tire moves this Court for an order extending the time to respond to plaintiff's complaint (ECF No. 1) from January 7, 2026, to January 21, 2026.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed his complaint in this matter on November 5, 2025 (ECF No. 1), and served process on Continental Tire on November 12, 2025. Continental Tire's initial deadline to respond to the complaint was December 3, 2025, *see* Fed. R. Civ. P. 12(a), but the Court extended this deadline by mutual agreement of the parties until January 7, 2025. (*See* ECF No. 7).

This is Continental Tire's second request for an extension of time in this matter, which plaintiff does not oppose. Good cause exists to grant the extension because the parties' counsel have been engaged in good-faith discussions and informal exchange of information, and they would benefit from additional time in which to advance these discussions and their respective fact investigations before filing any further pleadings. Moreover, Continental Tire's fact investigation was unexpectedly delayed for several weeks due to a motor vehicle accident and hospitalization. Good cause further exists based on plaintiff's agreement to the requested extension.

This motion is made in good faith and not for the purpose of delay. No trial date is currently set, and Continental Tire's requested extension will not contravene or affect any other current matter deadlines.

By filing this motion, Continental Tire does not waive, but expressly preserves, all defenses and objections it may have in this action, including but not limited to the defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

## CONCLUSION

For the reasons above, defendants respectfully request an extension of the deadline to respond to plaintiff's complaint, through and including January 21, 2026.

///

///

///

Dated this 31st day of December, 2025.

                HOLLAND & KNIGHT LLP

                By: /s/ *Paul W. Matthias-Bennetch*

                    Garrett S. Garfield, OSB No. 093634
                    garrett.garfield@hklaw.com
                    Paul Matthias-Bennetch, OSB No. 222560
                    601 SW 2nd Ave., Ste. 1800
                    Portland, OR 97204
                    Telephone: 503.243.2300
                    Fax: 503.241.8014

                    *Attorneys for defendant Continental Tire the Americas, LLC*