Garrett S. Garfield, OSB No. 093634
garrett.garfield@hklaw.com
Paul Matthias-Bennetch, OSB No. 222560
paul.bennetch@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Ave., Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for defendant Continental Tire
the Americas, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL TIRE THE AMERICAS, LLC,<br><br>Defendant. | Case No. 6:25-cv-02052-AA<br><br>**DEFENDANT CONTINENTAL TIRE THE AMERICAS, LLC'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

### CERTIFICATE OF COMPLIANCE WITH LR 7-1

Counsel for defendant Continental Tire the Americas, LLC ("Continental Tire") certifies that they conferred with counsel for plaintiff Chet Wilson by email regarding the extension of time requested in this motion, and that plaintiff agrees to the extension.

### MOTION

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Continental Tire moves this Court for an order extending the time to respond to plaintiff's complaint (ECF No. 1) from January 21, 2026, to February 4, 2026.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed his complaint in this matter on November 5, 2025 (ECF No. 1), and served process on Continental Tire on November 12, 2025. Continental Tire's initial deadline to respond to the complaint was December 3, 2025, *see* Fed. R. Civ. P. 12(a), but the Court extended this deadline by mutual agreement of the parties until January 7, 2026 (*see* ECF No. 7), and again to January 21, 2026 (*see* ECF No. 9).

This is Continental Tire's third request for an extension of time in this matter, which plaintiff does not oppose. Good cause exists to grant the extension because the parties' counsel have continued to use the previous extensions to advance their fact investigation, and the parties intend to continue to engage in good-faith discussions and informal exchange of information. The parties would benefit from additional time in which to advance these discussions and their respective fact investigations before filing any further pleadings. Moreover, Continental Tire's fact investigation was unexpectedly delayed for several weeks due to a motor vehicle accident and hospitalization. Good cause further exists based on plaintiff's agreement to the requested extension.

This motion is made in good faith and not for the purpose of delay. No trial date is currently set, and Continental Tire's requested extension will not contravene or affect any other current matter deadlines.

By filing this motion, Continental Tire does not waive, but expressly preserves, all defenses and objections it may have in this action, including but not limited to the defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

## CONCLUSION

For the reasons above, defendants respectfully request an extension of the deadline to respond to plaintiff's complaint, through and including February 4, 2026.

///

///

///

Page 2 -   DEFENDANT'S THIRD UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

HOLLAND & KNIGHT LLP
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300

Dated this 16th day of January, 2026.

        HOLLAND & KNIGHT LLP

        By: *s/Garrett S. Garfield*
           Garrett S. Garfield, OSB No. 093634
           garrett.garfield@hklaw.com
           Paul Matthias-Bennetch, OSB No. 222560
           601 SW 2nd Ave., Ste. 1800
           Portland, OR 97204
           Telephone: 503.243.2300
           Fax: 503.241.8014

        *Attorneys for defendant Continental Tire the Americas, LLC*

CERTIFICATE OF SERVICE

      I hereby certify that I caused the DEFENDANT'S THIRD UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT to be served on the following named person(s) on the date indicated below by CM/ECF electronically mailed notice from the Court on the date set forth below:

    Andrew Roman Perrong
    Email: a@perronglaw.com
    Perrong Law LLC
    2657 Mount Carmel Avenue
    Glenside, PA 19038

    *Attorneys for Plaintiff*

DATED January 16, 2026.

                                               *s/Garrett S. Garfield*
                                               Garrett S. Garfield