Garrett S. Garfield, OSB No. 093634
garrett.garfield@hklaw.com
Paul Matthias-Bennetch, OSB No. 222560
paul.bennetch@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Ave., Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for defendant Continental Tire the Americas, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL TIRE THE AMERICAS, LLC,<br><br>Defendant. | Case No. 6:25-cv-02052-AA<br><br>**DEFENDANT CONTINENTAL TIRE THE AMERICAS, LLC'S FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

**CERTIFICATE OF COMPLIANCE WITH LR 7-1**

Counsel for defendant Continental Tire the Americas, LLC ("Continental Tire") certifies that they conferred with counsel for plaintiff Chet Wilson by email and videoconference regarding the extension of time requested in this motion, and that plaintiff agrees to the extension.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Continental Tire moves this Court for an order extending the time to respond to plaintiff's complaint (ECF No. 1) from February 4, 2026, to March 6, 2026.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff filed his complaint in this matter on November 5, 2025 (ECF No. 1) and served process on Continental Tire on November 12, 2025. Continental Tire's initial deadline to respond to the complaint was December 3, 2025, *see* Fed. R. Civ. P. 12(a), but the Court has extended this deadline by mutual agreement of the parties until February 4, 2026 (*see* ECF No. 11).

This is Continental Tire's fourth request for an extension of time in this matter, which plaintiff does not oppose. Good cause exists to grant the extension because the parties' counsel have continued to use the previous extensions to advance their fact investigation, and the parties have informally exchanged certain information and continued to engage in good-faith discussions. The parties have further agreed that plaintiff will shortly issue a third-party subpoena to Continental Tire's phone provider for specific information that the parties expect will allow them to advance their discussions toward resolution. The parties would benefit from additional time in which to pursue the limited third-party subpoena, and their respective fact investigations before filing any further pleadings. Good cause further exists based on plaintiff's agreement to the requested extension.

This motion is made in good faith and not for the purpose of delay. No trial date is currently set, and Continental Tire's requested extension will not contravene or affect any other current deadlines.

By filing this motion, Continental Tire does not waive, but expressly preserves, all defenses and objections it may have in this action, including but not limited to the defenses listed in Rule 12 of the Federal Rules of Civil Procedure.

## CONCLUSION

For the reasons above, Continental Tire respectfully requests an extension of the deadline to respond to plaintiff's complaint, through and including March 6, 2026.

///

Dated this 28th day of January, 2026.

                HOLLAND & KNIGHT LLP

                By: *s/Garrett S. Garfield*
                  Garrett S. Garfield, OSB No. 093634
                  garrett.garfield@hklaw.com
                  Paul Matthias-Bennetch, OSB No. 222560
                  601 SW 2nd Ave., Ste. 1800
                  Portland, OR 97204
                  Telephone: 503.243.2300
                  Fax: 503.241.8014

                *Attorneys for defendant Continental Tire the Americas, LLC*

CERTIFICATE OF SERVICE

    I hereby certify that I caused the DEFENDANT'S FOURTH UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT to be served on the following named person(s) on the date indicated below by CM/ECF electronically mailed notice from the Court on the date set forth below:

Andrew Roman Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038

*Attorneys for Plaintiff*


DATED January 28, 2026.

                                              *s/Garrett S. Garfield*
                                              Garrett S. Garfield