Garrett S. Garfield, OSB No. 093634
garrett.garfield@hklaw.com
Paul Matthias-Bennetch, OSB No. 222560
paul.bennetch@hklaw.com
HOLLAND & KNIGHT LLP
601 SW Second Ave., Suite 1800
Portland, OR 97204
Telephone: 503.243.2300
Fax: 503.241.8014

*Attorneys for defendant Continental Tire the Americas, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL TIRE THE AMERICAS, LLC,<br><br>Defendant. | Case No. 6:25-cv-02052-AA<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), plaintiff Chet Michael Wilson and defendant Continental Tire the Americas, LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of this action and all claims alleged herein without prejudice and without an award of attorney fees or costs to any party.

SO STIPULATED:

Dated this 18th day of February, 2026.

| | |
|---|---|
| PERRONG LAW LLC | HOLLAND & KNIGHT LLP |
| By: *s/Andrew Roman Perrong* <br> Andrew Roman Perrong <br> Email: a@perronglaw.com <br> 2657 Mount Carmel Avenue <br> Glenside, PA 19038 <br><br> *Attorney for Plaintiff Chet Michael Wilson* | By: *s/Garrett S. Garfield* <br> Garrett S. Garfield, OSB No. 093634 <br> Garrett.Garfield@hklaw.com <br> Paul Matthias-Bennetch, OSB No. 222560 <br> Paul.Bennetch@hklaw.com <br> 601 SW 2nd Ave., Ste. 1800 <br> Portland, OR 97204 <br> Telephone: 503.243.2300 <br> Fax: 503.241.8014 <br><br> *Attorneys For Defendant Continental Tire The Americas, LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing STIPULATION OF DISMISSAL to be served on the following named person(s) on the date indicated below by CM/ECF electronically mailed notice from the Court on the date set forth below:

    Andrew Roman Perrong
    Email: a@perronglaw.com
    Perrong Law LLC
    2657 Mount Carmel Avenue
    Glenside, PA 19038

    *Attorneys for Plaintiff*

DATED February 18, 2026.

                                                    *s/Garrett S. Garfield*
                                                    Garrett S. Garfield

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300